**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ALBERT E. RITCHIE,**

    **Plaintiff,**

v.                                                                    Case No:5:12-CV-333-Oc-10PRL

**AMNET MORTGAGE, INC., INDYMAC BANK, FSB, INDYMAC MBS, INC., RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A10, DEUTSCHE BANK NATIONAL TRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (&QUOT;MERS&QUOT;), ONEWEST BANK, FSB, ALL UNKNOWN PERSONS and DOES 1 TO 20**

    **Defendants.**

## ORDER

This matter is before the Court on the Motion for More Definite Statement and Motion for Extension of Time (Doc. 8) filed by Defendants, Deutsche Bank Nation Trust Company and Mortgage Electronic Registration Systems, Inc.  Defendants move for a more definite statement because they contend Plaintiff's Complaint as currently pled is sufficiently vague and ambiguous as to prevent a meaningful response.  Defendants further request twenty-one (21) days within which to respond to the Amended Complaint.  Plaintiff has filed a response in which he seeks leave to file an Amended Complaint "to address the issues brought forward by Defendants' motion." (Doc. 11).  Thus, Defendants' Motion is effectively unopposed.

Accordingly, Defendant's Motion for More Definite Statement and Motion for Extension of Time (Doc. 8) is due to be **GRANTED**.  On or before **November 30, 2012**, Plaintiff shall file


- 2 -

and serve an Amended Complaint.  Defendants shall file and serve their responsive pleading within **twenty-one (21) days** after Plaintiff actually files and serves his Amended Complaint.

    **DONE** and **ORDERED** in Ocala, Florida on November 14, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties